UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FAYETTEVILLE INVESTORS, LIMITED PARTNERSHIP, a Georgia Limited Partnership, and GARDENA JM, LLC, a California Limited Liability Company, <br><br> Defendants. | CASE NO.:3:22-cv-124-TCB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT GARDENA JM, LLC

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant Gardena JM, LLC from this action with prejudice. This action remains open as to the other Defendant.

Dated: November 11, 2022

                                                 Respectfully submitted,

                                                 /s/ John A. Moore
                                                 John A. Moore, Esq.
                                                 Georgia Bar No: 519792
                                                 The Moore Law Group, LLC
                                                 1745 Martin Luther King, Jr. Drive

                                              Atlanta, Georgia 30314
                                              Tel: (678) 288-5601
                                              Fax: (888) 553-0071
                                              jmoore@moorelawllc.com

                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy of the foregoing will be mailed to the following:

Omid Razi, Esq.
Razi Law Group,
a Professional Law Corporation
8666 Wilshire Blvd.
Beverly Hills, CA 90211
omid@razilaw.com

Fayetteville Investor Limited Partnership
By Serving Registered Agent:
C T Corporation System
289 S Culver St.
Lawrenceville, GA, 30046-4805

                                              /s/ John A. Moore
                                              John A. Moore, Esq.