UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual, ) ) ) Plaintiff, ) vs. ) ) FAYETTEVILLE INVESTORS, ) LIMITED PARTNERSHIP, ) a Georgia Limited Partnership, ) ) Defendant. ) _____) | CASE NO.:3:22-cv-124-TCB |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently in the process of reducing their agreement to a written settlement document and obtaining their respective client's signatures. The parties anticipate filing a stipulation for dismissal within thirty (30) days. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement.

Dated: April 4, 2023

1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ John A. Moore* . | */s/ Andrew Kim* |
| John A. Moore, Esq. | Andrew Kim, Esq. |
| Georgia Bar No.: 519792 | Georgia Bar No.: 488753 |
| Of Counsel | Attorney at Law |
| The Moore Law Group, LLC | Freeman Mathis & Gary, LLP |
| 1745 Martin Luther King Jr., Drive | 100 Galleria Parkway, Suite 1600 |
| Atlanta, GA 30314 | Atlanta, GA 30339-5948 |
| Tel.: (678) 288-5601 | Tel: (678) 996-9122 |
| Fax: (888) 553-0071 | Fax: (770) 818-0000 |
| jmoore@moorelawllc.com | AKim@fmglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Andrew Kim, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
AKim@fmglaw.com

*/s/ John A. Moore* .
John A. Moore, Esq.