IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

TAMARA JEAN FARRELL,

    Plaintiff,

v.

FAYETTEVILLE INVESTORS
LIMITED PARTNERSHIP,

    Defendant.

CIVIL ACTION FILE No.
3:22-cv-124-TCB

## ORDER

The parties having announced that this case has settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 4th day of April, 2023.

*/s/ Timothy C. Batten*
Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.