UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual,<br><br>Plaintiff,<br>vs.<br><br>FAYETTEVILLE INVESTORS, LIMITED PARTNERSHIP, a Georgia Limited Partnership,<br><br>Defendant. | CASE NO.:3:22-cv-124-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action and all claims with prejudice, each party to bear its respective fees and costs.

Dated: May 10, 2023

Respectfully submitted,

/s/ John A. Moore          .
John A. Moore, Esq.
Georgia Bar No.: 519792
Of Counsel
The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, GA 30314
Tel.: (678) 288-5601

Respectfully submitted,

/s/ Andrew Kim
Andrew Kim, Esq.
Georgia Bar No.: 488753
Attorney at Law
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Tel: (678) 996-9122

1

| | |
|---|---|
| Fax: (888) 553-0071 | Fax: (770) 818-0000 |
| jmoore@moorelawllc.com | AKim@fmglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ John A. Moore
John A. Moore, Esq.